# ARMED SERVICES BOARD OF CONTRACT APPEALS

Appeals of -- )
)
ASFA International Construction Industry )
  and Trade, Inc. )    ASBCA Nos. 57773, 57880
)
Under Contract No. FA5685-05-C-0004 )

APPEARANCES FOR THE APPELLANT:    Theodore P. Watson, Esq.
    Watson & Associates, LLC
    Aurora, CO

    Wojciech Z. Kornacki, Esq.
    Centre Law & Consulting LLC
    Vienna, VA

APPEARANCES FOR THE GOVERNMENT:    Jeffrey P. Hildebrant, Esq.
    Air Force Deputy Chief Trial Attorney
    Lt Col Damund E. Williams, USAF
    Lori R. Shapiro, Esq.
    Christopher M. Judge, Esq.
    Lt Col Byron G. Shibata, USAF
    Trial Attorneys

## ORDER OF DISMISSAL

The dispute has been settled. The appeals are dismissed with prejudice.

Dated: October 30, 2019

STEPHANIE CATES-HARMAN
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA Nos. 57773, 57880, Appeals of ASFA International Construction Industry and Trade, Inc., rendered in conformance with the Board's Charter.

Dated:

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals